IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA :

        Plaintiff : Case No. 3:19-cr-137 (14)

        vs. : HONORABLE WALTER H. RICE

Bogle, Jerome :

        Defendant :

---

ORDER AMENDING BOND CONDITIONS

---

For good cause shown, the Court hereby amends the bond conditions filed in this matter on April 14, 2020 and amends the following condition:

1. *Participate in a location restriction program and abide by all requirements of the program (home incarceration).*

The amended condition will be ordered as follows:

1. *Participate in a location restriction program and abide by all requirements of the program (home detention).*

All other bond conditions remain in full force and effect.

Date: 07/08/2020

                                          /s/ Walter H. Rice (tp - per Judge Rice authorization after his review)
                                          HONORABLE WALTER H. RICE
                                          UNITED STATES DISTRICT COURT JUDGE