IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA          :

           Plaintiff          :          Case No.   3:19-cr-137 (14)

         vs.          :          HONORABLE WALTER H. RICE

Bogle, Jerome          :

         Defendant          :

---

## ORDER AMENDING BOND CONDITIONS

---

For good cause shown, the Court hereby amends the bond conditions filed in this matter on April 14, 2020 (amended on June 8, 2020) and amends the following condition:

    *1. Participate in a location restriction program and abide by all requirements of the program (home detention).*

The amended condition will be ordered as follows:

    *1. Participate in a location restriction program and abide by all requirements of the program (curfew).*

All other bond conditions remain in full force and effect.

Date:____09-18-2020____          _____          (tp - per Judge Rice authorization after his review)

HONORABLE WALTER H. RICE
UNITED STATES DISTRICT COURT JUDGE